PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

JS-6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation; PAUL HOBART HAMILTON, individually and doing business as AMERICAN INDUSTRIAL CONTRACTING formerly known as PAUL HAMILTON CONSTRUCTION, a sole ownership; SUN MARCHANT, an individual; ANGELES CONTRACTOR, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 09-07861 DDP(CWx)<br><br>[PROPOSED] JUDGMENT<br><br>Before the Honorable Dean D. Pregerson<br><br>DATE: August 9, 2010<br>TIME: 10:00 a.m.<br>CTRM: 3 |

This case came for hearing on August 9, 2010 before the Honorable Dean D. Pregerson, United States District Court Judge.

////

1  It appearing that defendants, AMERICAN INDUSTRIAL
2  CONTRACTING, INC., a California corporation and PAUL HOBART
3  HAMILTON, individually and doing business as AMERICAN INDUSTRIAL
4  CONTRACTING formerly known as PAUL HAMILTON CONSTRUCTION, a
5  sole ownership, having been regularly served with process, having failed to plead
6  or otherwise defend this action and their default having been entered; on
7  application of the CARPENTERS SOUTHWEST ADMINISTRATIVE
8  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
9  SOUTHWEST TRUSTS, to the Court and after having considered the papers and
10 arguments submitted in support thereof, and good cause appearing therefore,
11    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
12 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
13 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
14 have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation and PAUL HOBART HAMILTON, individually and doing business as AMERICAN INDUSTRIAL CONTRACTING formerly known as PAUL HAMILTON CONSTRUCTION, a sole ownership:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $285,436.84 |
| 2. | Liquidated damages based on original contributions | 47,398.96 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 6,913.26 |
| 4. | Audit Fees | 8,594.00 |
| 5. | Interest from due dates to August 9, 2010 | |

|   |   |   |
|---|---|---|
| | (accruing at $55.49 per day) | 23,635.54 |
| 6. | NSF Bank charges | 40.00 |
| 7. | Attorneys' fees pursuant to Local Rule 55-3 | 10,567.66 |
| **GRAND TOTAL** | | **$382,586.26** |
| 8. | Plus costs to be determined after entry of judgment. | |
| 9. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum. | |

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST PAUL HOBART HAMILTON:

|   |   |   |
|---|---|---|
| 1. | Unpaid contributions | $79,787.46 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to August 9, 2010 (accruing at $15.51 per day) | 6,394.69 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 4,791.50 |
| **GRAND TOTAL** | | **$90,973.65** |
| 4. | Plus costs to be determined after entry of judgment. | |
| 5. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum. | |

DATED: August 10, 2010

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: *Margaret R. Gifford* 7/1/10
    MARGARET R. GIFFORD
    Attorney for Plaintiffs